IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RAY WILLIAMS,  Civil File No. 10-CV-00070

    Plaintiff,

vs.  STIPULATION OF DISMISSAL
WITH PREJUDICE

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Ray Williams, and the defendant, AllianceOne Receivables Management, Inc. hereby stipulate to the dismissal of the above-styled case, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: December 10, 2010

By: s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: December 10, 2010

By: s/Joshua C. Dickinson
Joshua C. Dickinson, #51446
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (fax)
ATTORNEY FOR DEFENDANT