IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RAY WILLIAMS,                          )
                                       )
                Plaintiff,             )
                                       )
vs.                                    )        Case No. 10-0070-CV-W-ODS
                                       )
ALLIANCE ONE RECEIVABLES,              )
MANAGEMENT, INC.,                      )
                                       )
                Defendant.             )

ORDER DISMISSING ACTION

The parties have filed a stipulation of dismissal.  This lawsuit is dismissed with
prejudice, each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

                                       /s/ Ortrie D. Smith
                                       ORTRIE D. SMITH, JUDGE
DATE: December 14, 2010                UNITED STATES DISTRICT COURT